Roberta BUGENIG, Plaintiff–
Appellant,

v.

HOOPA VALLEY TRIBE; The Hoopa
Valley Tribal Council; The Tribal
Court of the Hoopa Valley Tribal Res-
ervation; Byron Nelson, Jr., Honor-
able Judge of the Hoopa Valley Tribal
Court; Merv George, Chairman of the
Hoopa Valley Tribal Council, Defen-
dants–Appellees.

No. 99–15654.

United States Court of Appeals,
Ninth Circuit.

Feb. 28, 2001.

### ORDER

SCHROEDER, Chief Judge.

Upon the vote of a majority of nonre-cused regular active judges of this court,[1] it is ordered that this case be reheard by the en banc court pursuant to Circuit Rule 35–3. The three-judge panel opinion shall not be cited as precedent by or to this court or any district court of the Ninth Circuit, except to the extent adopted by the en banc court.

---

1. Judge Fisher was recused.